Receipt #1091821
$835.07  5/20/11 cg

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
       UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

     Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 835.07

CHECK # 15546 FOR $ 835.07
Representing unclaimed funds.

DATED: 5-19-2011

                                            _____
                                            ALBERT J. MOGAVERO
                                            TRUSTEE

FILED
MAY 20 2011
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 153887 | KOVACH | 0592756 | 6.41 | ADELPHIA | 355 CHICAGO STREET | | BUFFALO | NY | 14204 |
| 154698 | VAN ETTEN | 0914784 | 5.01 | CHAPTER 7 TRUSTEE – MORRIS HORWITZ | | | UNKNOWN | NY | 14202 |
| 155101 | ALLARD | 1013278 | 27.26 | CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | | UNKNOWN | NY | 14202 |
| 155103 | ZEPEDA | 0811108 | 5.02 | CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | | UNKNOWN | NY | 14202 |
| 155105 | DUBEL | 1010227 | 5.00 | CHAPTER 7 TRUSTEE – WILLIAM LAWSON | | | UNKNOWN | NY | 14202 |
| 156925 | HUFFMAN | 0601175 | 560.32 | DRUCKMAN & SINEL, LLP | 242 DREXEL AVENUE | | WESTBURY | NY | 11590 |
| 158345 | CONIBEAR | 0592343 | 31.85 | SEMRAU, JUDITH | 92 LEYSTONE | | BUFFALO | NY | 14211 |
| 159385 | BARNES | 0704714 | 27.54 | VERIZON | PO BOX 3037 | ATTN: BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 159391 | NICHOLAS | 0601341 | 19.31 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 159392 | BREMER | 0603643 | 8.69 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 159394 | HERVEY | 0701088 | 105.62 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 159396 | ARRINGTON, SR. | 0590670 | 13.72 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 159397 | KOVACH | 0592756 | 19.32 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| | | | $835.07 | | | | | | |

Page 1 of 1